UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KONSTANTIN SHVARTSER**<br><br>    Plaintiff,<br><br>v.<br><br>**EVELINA LEKSER, ET AL.**<br><br>    Defendants. | Civil Action No. 18-cv-00473-JDB |

**PLAINTIFF'S STATUS REPORT AND ALTERNATIVE
REQUEST FOR SERVICE VIA EMAIL**

Per the Court's Order of May 25, 2018 (Dkt. No. 46), Plaintiff Konstantin Shvartser provides the following status report:

1. On Thursday, May 31, 2018, Counsel for Plaintiff sent emails to both Defendants Evelina Lekser ("Lekser") and Michael Savino ("Savino") asking for a mutually acceptable time and date to accept service, per the Court's instructions. *See* Exhibit "A", email chain with E. Lekser; Exhibit "B", email chain with Savino.

2. That same day Lesker and Savino sent separate but identically worded emails indicating that "Due to prior commitments, I will be able to provide you with a specific date, time and location for agreed upon service on Monday, June 4, 2018, pursuant to the Court's order. *See* Exs. "A" and "B."

3. On the evening of June 4, Lekser responded that she was "available to accept documents on June 14th at 6:10pm at the bottom of the stairs to the Apple Store in grand central terminal or June 18th or 20th at 2pm.;" she also subsequently clarified that *all* of these proposed dates were for service near this Apple Store. *See* Ex. "A".

4.	Counsel for Plaintiff responded that the Court's order did not ask the parties to agree on a "place" and pointed out that it made no sense to send a process server—who would not even know what Lekser looked like – on a wild goose chase through Grand Central Terminal. *See* Ex. "A".

5.	Nevertheless, Lekser again refused to give her availability to be served at a residential or business address. *See* Ex. "A".

6.	Finally, on June 7, after apologizing for his delay, Savino replied that he was available to be served at 6771 Yellowstone Boulevard #1S, Forest Hills, NY 11375, from "June 15,2018 after 10am to about 5pm Or June 20,2018 same time frame." *See* Exhibit "C".

7.	Counsel understood Lekser to be a resident at this address as well and pursuant to Federal Rule of Civil Procedure 4(e), District of Columbia Rule of Civil Procedure 4(e), and Rule 308 of the New York Civil Practice Law and Rules, service could be effectuated on Lekser by substitute service on Savino.

8.	Accordingly, Plaintiff planned to serve Savino *and* Lekser, via process server, at the Yellowstone Boulevard Address at approximately 11am on June 15, 2018.

9.	In fact, it was this very method—substitute service on Savino at the Yellowstone address—that finally perfected service on Lekser in *Shvartser I* following similar struggles during efforts to serve her. *See Shvartser I*, Case No. 16-1199, Dkt. No. 8.  Lekser never challenged sufficiency of service.

10.	When counsel informed Lekser of this today, she responded "I cannot be any more clear, Mr. Savino's address is not my address and for the record I was never formally served in the first action at that address." *See* Ex. "D".  Savino made a similar statement. *See* Ex. "C".  As far as counsel is aware, this is the first time either has ever made that assertion regarding Lekser's

2

address, and it is counsel's understanding that the two also share a separate address consisting of a post office box at 7211 Austin Street, PMB 247, Forest Hills, New York 11375, at which address personal service is impossible.

11. Time is of the essence and counsel has no interest in arguing further about Lekser's address.

12. As such, Plaintiff respectfully requests that the Court resolve this dispute with Lekser and direct the parties. If the Court prefers that Plaintiff serve Lekser as she has requested, somewhere in Grand Central Terminal, the Plaintiff will do so. Alternatively, it is respectfully requested that the Court permit the Plaintiff to serve Lekser (and possibly Savino) via email, given her steadfast refusal to reasonably cooperate with what should be a very simple process. The latter would be much more expeditious and cost-effective and this has already dragged on for *months*.

13. Again, it is not disputed that Lekser and Savino have received the pleadings in this case, and have both made voluntary appearances. Lekser is trying to delay the process and make it more time consuming and difficult for the Plaintiff to move the case along--as she did last time.

14. Plaintiff regrets the need for judicial involvement and thanks the Court for its time.

Respectfully submitted,

Dated: June 8, 2018

**FOX ROTHSCHILD LLP**

/s/ Ely Goldin
Ely Goldin, Esquire
*Admitted Pro Hac Vice*
10 Sentry Parkway, Suite 200
Post Office Box 3001
Blue Bell, PA 19422
Telephone:   (610) 397-6509
Facsimile:    (610) 397-0450
*egoldin@foxrothschild.com*

/s/ Douglas Hibshman
Douglas P. Hibshman, Esquire

3

D.C. Bar No. 496255
1030 15th Street, N.W., Suite 380 East
Washington, DC 20005
Telephone:   (202) 461-3113
Facsimile:   (202) 461-3102
*dhibshman@foxrothschild.com*

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing Status Report on the following via electronic and First-Class mail on June 8, 2018 at the following addresses:

Evelina Lekser
7211 Austin Street, PMB 247
Forest Hills, New York 11375
evelinalekser@gmail.com

Ashley E. Wiggins, Esquire
Griffin, Murphy & Wiggins, LLP
1912 Sunderland Place NW
Washington, DC  20036
*Attorneys for Defendants, SnowPoint Capital, LLC. and SP Funding 452 LLC*
awiggins@washlaw.com

Michael Savino
7211 Austin Street PMB 247
Forest Hills, New York 11375
msavino@ymail.com

Arthur Holmberg, M.D.
6 Ellin Drive
Greenwich, CT 06831
aholmberg.md@gmail.com

Stephen Fox, Esquire
247 Weaver Street - Apartment 11B
Greenwich, CT  06831
stephen.fox@sfoxlawgroup.com

S. Fox Law Group, P.C.
Attn:  Stephen Fox, Esquire
247 Weaver Street - Apartment 11B
Greenwich, CT  06831
stephen.fox@sfoxlawgroup.com

Alan Herweck
1251 116th Street
Apartment 1
College Point, NY 11356

Raoul Silver
798 Elizabeth Street, #2
Ridgefield, NJ  07657

Date: June 8, 2018　　　　　　　　　**FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　By:　/s/ Douglas Hibshman
　　　　　　　　　　　　　　　　　Douglas P. Hibshman, Esq.
　　　　　　　　　　　　　　　　　D.C. Bar No. 496255
　　　　　　　　　　　　　　　　　1030 15th Street, N.W., Suite 380 East
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　Telephone: (202) 461-3113
　　　　　　　　　　　　　　　　　*dhibshman@foxrothschild.com*